Francisco J. Rodriguez and

Dora L. Rodriguez

19110 Remington Mill Dr.

Houston Texas 77073

Phone 832-679-3040 (javierrd1960@gmail.com)

IN UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS. HOUSTON DIVISION

Francisco J. Rodriguez and

Dora L. Rodriguez (et, al)

VS.

City of Houston (et, al)

CASE NO.: 2026-12934

NOTICE OF REMOVAL

(28 U.S.C., 1331., 1441., 1443., AND 1446)

Defendants Francisco J. Rodriguez and Dora L.Rodriguez, hereby gives notice of removal of the above-captioned act.

### I. BASIS FOR FEDERAL JURISDICTION

Removal is proper because this action arises under the constitution and laws of the fourteenth amendment due process chapter.

1.- Denial of notice and meaningful opportunity to be heard.

2.- Judicial Bias or failure to followed required procedural safeguards.

3.- State court actions taken in clear absence of jurisdiction.

4.- Violations of Federally protected civil rights under 28 U.S.C., 1443.

THESE FEDERAL QUESTIONS ESTABLISH JURISDICTION UNDER 28 U.S.C., 1331.

### II. DUE PROCESS VIOLATIONS.

DEFENDANTS ALLEGES THE FOLLOWING DUE PROCESS VIOLATIONS:

(a) REFUSAL OF THE COUNTY CLERK COURT TO FILE DEFENDANT' S FIRST AMENDED ANSWER AND CROSS/CLAIM AGANST FRAUDSTER WILLIAM EDWARD BALDRIDGE SR. AND CO'DEFENDANTS THAT STOLE MR. AND MRS. RODRIGUEZ'S PROPERTY UNDER FORGED DEED

(b) REFUSAL OF THE COUNTY COURT CLERK TO ALLOW EVIDENCE ATTACHED.

(c) REFUSAL OF THE COUNTY CLERK TO DELIVER DUE PROCESS SERVICE TO CO-DEFENDANTS.

(d) REFUSAL OF CITY OF HOUSTON (et, al) TO DELIVER LAWSUIT NOTICE 2026-12934 PROMPTLY ACCORDING TO LAW, , DELIVERING PROCESS SERVICE ON OCT/30/26.

(e) REFUSAL OF COUNTY CLERK COURT TO RECOGNIZE THAT DEFENDANTS MR. AND. RODRIGUEZ HAVE THE CONSTITUTIONAL RIGHT TO RE-LOAD CAUSES OF ACTION AGAINST CO-DEFENDANTS SINCE CASE 2021-75436 WAS ILLEGALLY "DWOPED" BY THE CREATION OF A SOPHISM" BY JUDICIAL COURT 234TH , THAT RENDERED AN AMBIGUOUS, "SIMULTANEOUS" DISMISSAL" ON MAY/13/2025.

### III. TIMELINESS OF REMOVAL:

This notice of removal is timely under 28 U.S.C., 1446(b), as it is filed within statute of limitations allow under federal law

### IV. STATE COURT DOCUMENTS:

Copies of all pleadings, motions, and orders served upon defendants in the State Court.

### V. NOTICE TO STATE COURT:

Defendants will promptly file a copy of this notice of removal with the clerk of the state court.

### VI. PRAYER FOR RELIEF:

Defendants respectfully request that this court accept jurisdiction over this matter.

Dated: Nov/10/2026

Respectfully Submitted

Francisco J. Rodriguez and Dora L Rodriguez

Dora L Rodriguez

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered

VERIFICATION

WE FRANCISCO J. RODRIGUEZ AND DORA L. RODRIGUEZ RESIDENTSD OF 191220 REMINGTON MILL DR. HOUSTON TEXAS 77073, OF LEGAL AGE AND COMPETENT TO MAKE THIS AFFIDAVIT, AFTER BEEN DULY SWORN IN ACCORDANCE WITH LAS DESPOSES AND STATES THAT:

WE ARE THE DEFENDANTS IN THE CASE 2026-12934 THAT WE HAVE READ THE CONTENTS THEREOF AND FACTS STATED THEREIN ARE THE TRUE AND CORRECT OF OUR PERSONAL KNOWLEDGE AND/PR ON THE BASIS OF COPIES IN MY POSSESSION.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS NOVEMBER 10th, DAY 2026.

FRANCISCO J. RODRIGUEZ AND

DORA L. RODRIGUEZ

19110 REMINGTON MILL DR.

HOUSTON TEXAS 77073

PH-832-679-3040 (javierrd1960@gmail.com)

Dora L Rodriguez

Subscribed and sworn to before me this 10 th ,day of November 2026.

Signature of notary public Rachel Ath

Seal o9f notary public

RACHEL ATH
129496302
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOVEMBER 18, 2028

NOTARY PUBLIC ★ STATE OF TEXAS

STATE OF TEXAS

HARRIS COUNTY

1.- AFFIDAVIT OF FRANCISCO J. RODRIGUEZ AND DORA L. RODRIGUEZ IN SUPPORT OF NOTICE OF REMOVAL.

2.- OUR NAMES ARE FRANCISCO J. RODRIGUEZ AND DORA L/ RODRIGUEZ RESIDING AT 19110 REMINGTON MILL DR. HOUSTON TEXAS 77073, OVER 18 YEAR AND CAPABLE TO MAKE THIS AFFIDAVIT, MR. AND MRS. RODRIGUEZ SWEARS THAT THE CONTENT IN THIS AFFIDAVIT QRE TRUE TO THE BEST OF THEIR KNOWLEDGE.

3.- ON JANUARY 16, 2016, MR. AND MRS. RODRIGUEZ EXECUTED A PROMISORY NOTE WITH ORIGINAL LENDER, "GONZALES FINANCIAL HOLDINGS INC" IN THE AMOUNT OF $ 19, 372.52 TO BE PAYABLE IN MONTHLY INSTALLMENTS OF $ 450.72.

4.- FROM THE BEGINNING OF THE LOAN GONZALEZ FINANCIAL HOLDINGS IMPLEMENTED PREDATORY PRACTICES, FAILURE TO PROVIDE FIDUCIARY DUTY BY NOT BEEN ABLE TO KEEP THE "BORROWERS ACCOUNT ACCURATE", CREATION OF A SUSPENCE ACCOUNT WHERE PAYMENTS WERE PLACED BUT NEVER CREDITED, CREATION OF DOUBLE DATES TO MAKE THEIR MONTHLY PAYMENTS, DUE TO THESE PRACTICES, "GONZALEZ DEFAULTED THE NOTE AND A COLLECTION PROCESS WAS COMMENCED AND THE RODRIGUEZ DISPUTING THE AMOUNTS IN QUESTION.

5.- ON JULY/31/2012, "JP FUTURE LLC" AN ALLEGED PARTY IN DUE COURSE ENFORCED THE FIRST FORECLOSURE ACTION NO. 2012-43697, SAMEONE THAT WAS DISMISSED ON JULY/29/2014, UNDER A SUA-SPONTE FINAL ORDER THAT WAS NEVER APPEALED BY JPFUTURE DESPITE BEEN APPELEABLE IN ALL FORMS.

6.- AFTER THE ABATMENT OF FORECLOSURE 2012-43697, THE RODRIGUEZ INICIATED A CAUSE IF ACTION NO. 2014-41901, ATTEMPTING TO COLLECT DAMAGES FROM OVATION SERVICES LLC, THE SECOND ALLEGED PARTY IN DUE COURSE, OVATION, WITH NO RIGHT WHATSOEVER WAS ALLOWED TO COUNTER SUE FOR BREACH OF CONTRACT. DUE TO RODRIGUEZ'S ATTORNEY DISCIPLINE ISSUES, OVATION SERVICES LLC OBTAINED A FINAL JUDGMENT ON THE MERITS ON MAY/10/2016.

7.- THE RODRIGUEZ MOVED AND APPEALED THE DECISION AND MOVED THE JUDICIAL COURT 333RD AND THE FOURTEENTH COURT OF APPEALS UNDER CASE NO. 14-16-00619-CV AFFFIRMED THE LOWER COURT'S VEREDICT.

8.- THE RODRIGUEZ MOVED AND APPEALED TO THE TEXAS SUPREME COURT UNDER CASES NO. 2012-43697., 2014-41901., 14-16-00619-CV., # 18-0460.

9.- WHILE THE PROPERTY WAS ON APPEAL PROCESS, ON JUNE /03/2018, WILLIAM EDWARD BALDRIDGE SR., MANAGER OF HARRIS CT. TAX. LLC. FROM DALLAS TEXAS, ABUSED HIS POWER AS A NOTARY PUBLIC AND CREATED A FAKE INSTRUMENT KNOWN AS "RP-2018-259740, NOTARIZED ON HIS OWN SIGNATURE IN VIOLATION OF CHAPTER 406 OF NOTARY'S DISCIPLINE RULES, RECORDED THE FAKE DEED IN VIOLATION OF PROPETY CODE FRAUDULENT LIEN NO. 12.001, AND TRANSFERRED THE RODRIGUEZ'S PROPERTY INTO SHELL COMPANY HARRIS CT. TAX LLC.

10.- SUBSEQUENTLY WILLIAM EDWARD BALDRIDGE SR. OBTAINS THE SERVICES OF EXODUS TITLE LLC, CYNTHIA MARIE RAMIREZ, ESCROW AGENT, NOTARY PUBLIC ON THIS SAME ENTITY AND TRANSFERRED THE RODRIGUEZ'S PROPERTY FOR A SECOND TIME UNDER GENERAL WARRANTY DEED NO. RP-2018-278684 INTO MRS. RAMIREZ'S RELATIVE, GLADYS FUENTES WIFE OF JUAN OROZCO.

11.- DUE TO LAWSUITS, THE RODRIGUEZ FELL IN DELINQUENT TAXES IN THE AMOUNT OF $ 1, 757.37 DOLLARS, WHICH THE CITY OF HOUSTON FILED A LAWSUIT UNDER CASE NO. 2016-88026.

12.- ON OR ABOUT JUNE/12/2018 MR. RODRIGUEZ CONFERED BY TELEPHONE CALL WITH JUAN OROZCO REQUESTING THE RETURN OF HIS PROPERTY, "JUAN STATED THAT HE HAD BOUGHT SEVERAL PROPERTIES FROM CYNTHIA MARIE RAMIREZ AND THAT SHE HAD INSTRUCTED HIM TO IMPERSONATE MR. RODRIGUEZ IN THE CONSTABLE'S OFFICE PRCNT. 1., TO PAY THE DELINQUENT TAXES FOR THE PROPERTY BE REMOVE OF THE CONSTABLE'S PUBLIC AUCTION.

13.- AFTER DELINQUENT TAXES WERE PAID BY JUAN OROZCO, EXODUS TITLE LLC, CYNTHIA MARIE RAMIREZ, TRANSFERRED THE RODRIGUEZ'S PROPERTY INTO GLADYS FUENTES UNDER GENERAL WARRANTY DEED NO. RP-2018-278684.

14.- FINALLY THE RODRIGUEZ WERE REFERRED TO THE DISTRICT ATTORNEY'S OFFICE AND FILED THEIR COMPLAINT, AFTER THEIR FILING THE RODRIGUEZ WERE INFORMED THAT WILLUAM EDWARD BALDRIDGE SR. HAD AN OPEN INVESTIGATION IN DALLAS TEXAS FOR PROPERTY THEFT AND THAT TWO PARALLEL INVESTIGATION WERE NOT CONVINIENT, THE RODRIGUEZ CASE WAS MOVED TO DALLAS UNDER CASES NO. F2100520 AND F-210021, WILLIAM EDWARD WAS CONVICTED FOR PROPERTY THEFT AND SERVES 9 YEAR PRISON TERM FOR MULTIPLE FRAUDULENT CONVEYANCES, INCLUDING THE RODRIGUEZ'S PROPERTY.

15.- ON/OR ABOUT DEC. 12, 2019, THE RODRIGUEZ WERE CONTACTED BY ROLANDO MELENDEZ, SPECIAL AGENT OF "HOUSING URBAN DEVELOPMENT" AND STARTED A FEDERAL INVESTIGATION ON WILLIAM EDWARD BALDRIDGE SR., MR. RODRIGUEZ SPOKE TO JUAN OROZCO, INVITING HIM TO RETURN HIS PROPERTY, INSTEAD, JUAN OROZCO AND WIFE GLADYS FUENTES WITH HELP OF PATRIOT TITLE LLC AND ITS MANAGER, ESCROW AGENT, NOTARY PUBLIC, NAMED CRISTINA CASTILLO TRANSFERRED THE RODRIGUEZ'S PROPERTY INTO HUMBERTO RABADAN UNDER GENERAL WARRANTY DEED NO. RP-2020-627093 AND NOTICE OF INTEREST IN FAVOR OF "REAL VALUE CAPITAL LLC AND ESTEBAN CASTRO FROM ORLANDO FLORIDA AND WITHOUT THEY BEEN PRESENT AS REQUIRED BY NOTARY'S CHAPTER NO 406.0091.

16.- MR. AND MRS. RODRIGUEZ OBTAINED A CONFIRMATION LETTER FROM THE TEXAS SECRETARY OF STATE (NOTARY'S UNIT) THAT CRISTINA CASTILLO HAD UNFAITHFULLY DICHARGED HER DITIES AS NOTARY PUBLIC, MR. AND MRS. RODRIGUEZ STATES THAT CYNTHIA MARIE RAMIREZ DURING THE FRAUDULENT CONVEYANCE PERPETUATED BY EXODUS TITLE AND HER WAS ON PROBATION FOR PROPERTY THEFT IN FORT BEND COUNTY.

17.- ON/OR ABOUT Nov/14/2021 AND DESPITE OVATION SERVICE LLC HAD RECEIVED "FINAL JUDGMENT ON THE MERITS ON MAY/10/2016", OVATION SERVICES FILED ITS "THIRD" FORECLOSURE ACTION NO. 2021-75436. Case on grounds of Res/judicata

18.- BEFORE THE SIMULTANEOUS "DWOP" DISMISSAL OF CASE 2021-75436 THAT PREVENTED THE RODRIGUEZ OF A FAIR DUE PROCESS, DEFENDANT FRANCISCO J. RODRIGUEZ APPEALED TO THE

DISTRICT 14TH COURT OF APPEALS THE REFUSAL OF THE COURT 234TH TO UPHOLD EXODUS TITLE LIABLE FOR REFUSING TO PROVIDE SUPPLEMENTAL DISCOVERY PROPERLY FILED AND WITHIN THE TIME ALLOW BY LAW, AND TO SANCTION IT BY SUBMITTING "NO EVIDENCE SUMMARY JUDGMENT WITH NO PREVIOUS NOTICE TO DEFENDANTS UNDER CASE NO. 14-24-00334-CV.

19.- BEFORE THE SIMULTANEOUS DWOP DISMISSAL THAT OCURRED ON MAY/13/2025, DEFENDANTS APPEALED THE DECISION OF JUDICIAL COURT 234TH UNDER CASE NO. 14-24-334-CV FOR REFUSAL TO PROVIDE SUPPLEMENTED DISCOVERY.

20.- BEFORE THE SIMULTANEOUS DWOP DISMISSAL DATED MAY/13/2025, DEFENDANTS APPEALED THE 234TH COURT'S DECISION UNDER CASE NO. 14-25-00710-CV, WRIT OF PROHIBITION, WRIT WAS DENIED.

21.- BEFORE THE SIMULTANEOUS DWOP OCURRED ON MAY/13/2025 THAT PREVENTED DEFENDANTS TO HAVE A FAIR DUE PROCESS DEFENDANTS APPEALED THE "VOLUNTARLY NON-SUIT" FILED BY OVATION SERVICES LLC, THE FOURTEENTH COURT OF APPEALS DENIED DEFENDANT'S REQUEST AND UPHOLD THE FEBRUARY/09/2025 NON SUIT DECISION UNDER APPEAL REQUEST NO. 14-24-00165-CV.

22.- ON FEBRUARY.09.2025, OVATION SERVICES VOLUNTARLY AND BY THE SECOND TIME AS IT HAPPENED UNDER CASE 2012-43697, CASE 2021-75436 WAS "VOLUNTARLY DISMISSED, SUBSEQUENTLY THE JUDICIAL COURT 234TH CREATED THE SHOPISM THAT DEFENDANTS HAD FAILED TO DELIVER NOTICE TO CO-DEFENDANTS AND COVERTLY FILED A SIMULTANEOUS "DWOP" , THE DEFENDANTS FILED AN APPEAL NOTICE UNDER CASE 14-25-00472-CV , LOWER COURT'S VEREDICT WAS AFFIRMED BY THE FOURTEENTH COURT OF APPEALS.

++++++++++++++++++++++++++++++++

23.- ON FEBRAURY 26 ,2026, THE CITY OF HOUSTON FILED CASE NO. 2026-12934 IN THE STYLE OF:

CITY OF HOUSTON (et, al) V. HUMBERTO RABADAN A/K/A HUMBERTO BELTAN RABADAN (et, al), DEFENDANTS FRANCISCO J. RODRIGUEZ AND DORA L. RODRIGUEZ FILED A GENERAL ANSWER ON Sept/9, 2026, THAT LATER WAS AMENDED AND FILED AS THE FIRST AMENDED ORIGINAL ANSWER AND CROSS/CLAIM . Oct/19/2026 Leave to file Cross/claim

24.- DEFENDANTS IN THIS CASE STATES THAT THE COUNTY CLERK KNOWN AS "WANDA" HAS REFUSED TO FILE IT IN THE COURT'S DOCKET 125TH CLAIMING THAT CASE NO. 2026-12934 IS A TAX-SUIT AND THAT IT DOESENT BELONG ON COURT 125TH

25.- DEFENDANTS IN THIS CASE STATES THAT THE COUNTY CLERK "WANDA" HAS REFUSED TO DELIVER NOTICE OF REQUEST SERVICE TO CO-DEFENDANTS NAMED IN MR. AND MRS. RODRIGUEZ CROSS/CLAIM dated November 03/2026

26.- DEFENDANTS FRANCISCO J. RODRIGUEZ STATES THAT COUNTY CLERK "WANDA" BY HER REFUSAL TO FILE CROSS/CLAIM IN COURT'S DOCKET IS REFUSING TO FILE EXHIBITS ATTACHED TO THE CROSS/CLAIM.

27.- DEFENDANTS FRANCISCO J. RODRIGUEZ STATES THAT COUNTY CLERK "WANDA" IN AN EFFORT TO TRANSFER JURISDICTION CLAIMS THAT THIS IS A TAX-SUIT CASE AND DOES NOT BELONG IN JUDICIAL COURT 125TH

28.- DEFENDANT FRANCISCO J. RODRIGUEZ STATES THAT COUNTY CLERK "WANDA" HAS FAILED TO ACCOMPLISHED A MINISTERIAL DUTY THA SHE HAS THE OBLIGATION TO DO, INSTEAD ACTS AS IF SHE IS THE JUDGE OF JUDICIAL COURT 125th DECIDING ON THE MERITS OF THE CROSS/CLAIM.

29.- DEFENDANTS FRANCISCO J. RODRIGUEZ AND DORA L. RODRIGUEZ SEARCHING TO BE SURE ON REGISTERED AGENTS OF COMPANIES NAMED ON THE CITY OF HOUSTON LAWSUIT, MRS. DORA L. RODRIGUEZ WENT TO COUNTY CLERK OFFICE ON FRIDAY/06/2026 TO FILE TWO SERVICE OF REQUEST ON FGMS FUND III L.P AND CAPITAL ONE NATIONAL ASSOC. IN THAT MOMENT COUNTY CLERK "WANDA" CAME OUT STATING THAT THE PREVIOUS CLERK THAT HAD TOOK CARE OF MR. RODRIGUEZ WHEN THE FILING OF CROSS/CLAIM HAD NO REASON TO ACCEPT IT AND THAT IT WAS GOING TO BE PENDING.

30.- DEFENDANTS FRANCISCO J. RODRIGUEZ STATES THAT DESPITE THIS LAWSUIT 2026-12934 IS A TAX-SUIT, THE CASE EMERGES FROM A FORGED DEED "(VOID AB INITIO)" FRAUDULENTLY CREATED BY WILLIAM EDWARD BALDRIDGE SR., UNDER DEED NO. RP-2018-259740 AND THE COURT HAS THE OBLIGATION TO DETERMINE THE LEGAL OWNER IN A CIVIL COMPETENT COURT AND NO ON A TAX-MASTER SUIT THAT WILL ONLY DEAL ON TAX-SUITS AS STATED BY COUNTY CLERK NAMED "WANDA"

31.- DEFENDANTS FRANCISCO J. RODRIGUEZ AND DORA L. RODRIGUEZ STATES THAT DESPITE CASE 2021-75436 WAS DISMISSED UNDER A WRONGFUL SIMULTANEOUS DISMISSAL OF MAY/13/2025, AND UNDER AN AMBIGUOS DISMISSAL ORDER, DEFENDANTS HAVE THE RIGHT TO BRING THE SAME CAUSE OF ACTION ON A DIFFERENT CASE, WITH DIFFERENT PLAINTIFF, DEFENDANTS STATES THAT UNDER TEXAS LAW AN AMBIGUOUS DISMISSAL IS CONSIDERED "WITHOUT PREJUDICE" AND A FORGED DEED IS CONSIDERED VOID AB INITIO AS WELL AS SUBSEQUENT TRANSFERS, IN THIS CASE HUMBERTO'S CASE UNDER DEED NO. RP-2020-75823.

Gracey v. West, 422 S.W. 2d 913 (Tex. 1968). THE COURT ESTABLISHED THAT A "DWOP" IS NOT A JUDGMENT ON THE MERITS.

Hennesy v. Blair 173 S.W. 871, 874 (Tex. 1915) that court established that a forged deed is an absolute nullity and passess no title whatsoever.

32.- DEFENDANTS FRANCISCO J. RODRIGUEZS AND DORA L. RODRIGUEZ STATES THAT DESPITE THE CITY OF HOUSTON COMMENCED THIS LAWSUIT NO. 2026-12934 ON FEBRUARY/2026, THE CITY HAS FAILED DILIGENTLY TO DELIVERED NOTICE OF LAWSUIT UNTIL OCTOBER/30/2026. AND THAT PREVIOUSLY CONSTABLE WENT TO THE RODRIGUEZ'S RESIDENCE AT 19110 REMINGTON MILL DR. HOUSTON TEXAS 77073, AND DELIVERED DOCUMENTS STATING THAT THEY WANTED TO BE DELIVERED TO MR. RODRIGUEZ, AFTER THE CONSTABLE LEFT, MR. RODRIGUEZ REALIZED THAT THOSE DOCUMENTS WERE SOLELY ON MRS. DORA L. RODRIGUEZ NAME. MR. RODRIGUEZ FEARING A "SNEAKY" DEFAULT JUDGMENT VOLUNTARLY FILED A GENERAL ORIGINAL ANSWER.

Affiant sayeth not

VERIFICATION

WE FRANCISCO J. RODRIGUEZ AND DORA L. RODRIGUEZ RESIDENTSD OF 191220 REMINGTON MILL DR. HOUSTON TEXAS 77073, OF LEGAL AGE AND COMPETENT TO MAKE THIS AFFIDAVIT, AFTER BEEN DULY SWORN IN ACCORDANCE WITH LAS DESPOSES AND STATES THAT:

WE ARE THE DEFENDANTS IN THE CASE 2026-12934 THAT WE HAVE READ THE CONTENTS THEREOF AND FACTS STATED THEREIN ARE THE TRUE AND CORRECT OF OUR PERSONAL KNOWLEDGE AND/PR ON THE BASIS OF COPIES IN MY POSSESSION.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS NOVEMBER 10th, DAY 2026.

FRANCISCO J. RODRIGUEZ AND

DORA L. RODRIGUEZ

19110 REMINGTON MILL DR.

HOUSTON TEXAS 77073

PH-832-679-3040 (javierrd1960@gmail.com)

Dora L Rodriguez

Subscribed and sworn to before me this 10th day of November 2026.

Signature of notary public ______

Seal o9f notary public

RACHEL ATH
129496302
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOVEMBER 18, 2028

NOTARY PUBLIC ★ STATE OF TEXAS

5085